UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LORRE KANTZ, et al., | CASE NO. 3:16-cv-352-LRH-VPC |
| Plaintiff(s), | ORDER |
| vs. | |
| MITCH BRANTINGHAM, et al., | |
| Defendant(s). | |

This case is currently scheduled for trial on the stacked calendar of May 8, 2018.

IT IS ORDERED that this case is referred to The Honorable Valerie P. Cooke for the purpose of conducting a settlement conference.

DATED this 12th day of October, 2017.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE