UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORRE KANTZ, an individual,<br>GREG KANTZ, an individual,<br><br>    Plaintiffs,<br><br>  vs.<br><br>MITCH BRANTINGHAM, an individual,<br>ALVIN MCNEIL, an individual; and<br>LYON COUNTY, a political subdivision of the<br>State of Nevada,<br><br>    Defendants.<br>_____/ | CASE NO. 3:16-cv-00352-LRH-VPC<br><br>**STIPULATION AND ORDER<br>REGARDING PLAINTIFFS'<br>REQUEST FOR ATTORNEY'S FEES** |

Defendants, MITCH BRANTINGHAM, an individual, ALVIN MCNEIL, an individual, and LYON COUNTY, a political subdivision of the State of Nevada, by and through counsel, Douglas R. Rands of Rands of South & Gardner and Plaintiffs, LORRE KANTZ and GREG KANTZ, by and through counsel, Kerry S. Doyle of the Doyle Law Office, PLLC, hereby

///
///
///
///
///
///
///
///

stipulate and agree that Plaintiffs' are entitled to a total award of $50,000.00 for their reasonable attorney's fees incurred in this matter.

Dated this 30th day of May, 2018.

RANDS, SOUTH & GARDNER

By: /s/ Douglas R. Rands
Douglas R. Rands
9498 Double R Blvd., Suite A
Reno, Nevada 89521
Attorneys for Defendants

Dated this 30th day of May, 2018.

DOYLE LAW OFFICE, PLLC

By: /s/ Kerry S. Doyle
Kerry S. Doyle
8755 Technology Way, Suite 1
Reno, Nevada 89521
Attorneys for Plaintiffs

**O R D E R**

IT IS SO ORDERED.

DATED this 1st day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE